UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - X

ART OF HEALING MEDICINE, P.C., et al.,

        Plaintiffs,

                              ORDER

    - against -               CV 2016-4208 (JBW)(MDG)

ALLSTATE INSURANCE COMPANY, et al.,

        Defendants.

- - - - - - - - - - - - - - - - - - X

By order dated August 22, 2016, the Honorable Jack B. Weinstein granted the motion to withdraw of Kopelevich & Feldsherova, P.C. as counsel for plaintiffs Art of Healing Medicine P.C., Alexander Pinkusovich, M.D. and Svetlana Pinkusovich, M.D. See ct. doc. 9. Since there is no indication on the docket sheet as to whether the plaintiffs' former counsel served the summons and complaint on the three defendants, Kopelevich & Feldsherova, P.C. is directed to file a letter by August 31, 2016 as to whether process has been served. If process has been served, the Court requests Kopelevich & Feldsherova, P.C. to promptly file an affidavit or returns of service.

**Warnings to Plaintiffs**

The individual plaintiffs are required to appear in person or through counsel at all scheduled conferences set by the Court. They are warned that failure to appear at a conference or to comply with court orders could result in sanctions, including a

fine.  Continued failure to comply could ultimately result in dismissal of their claims.

The individual plaintiffs are further advised that if they fail to obtain new counsel, they will be expected to proceed in this action by themselves.  If the individual plaintiffs proceed without counsel, they are advised that every communication sent to the Court must also be sent to the opposing party or counsel.  Any document received by a district judge or magistrate judge which fails to indicate that a copy has been sent to the attorney for defendants may be disregarded by the Court.

The corporate plaintiff, Art of Healing Medicine, P.C., is advised that corporations may appear in federal court proceedings only through counsel.  The corporate plaintiff is further advised that it is required to appear through counsel at all scheduled conferences set by the Court.  If it fails to obtain counsel, the Court will dismiss its claims.

**SO ORDERED.**

Dated:    Brooklyn, New York
          August 26, 2016

/s/_____
MARILYN D. GO
UNITED STATES MAGISTRATE JUDGE